IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| PEGGY A. TILTON and | ) | Case No. 12-20413 |
| KENNETH L. TILTON, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| TARGET NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. No. 12-2023 |
| | ) | |
| PEGGY A. TILTON, | ) | |
| | ) | |
| Defendant. | ) | |

FILED

2:45 pm, 8/10/12

Tim J. Ellis
Clerk of Court

## ORDER SETTING PRETRIAL SCHEDULING CONFERENCE

A non-evidentiary pretrial scheduling conference in the captioned case will be held by TELEPHONE CONFERENCE on **November 29, 2012 at 8:30 a.m. (MDT).** The court will initiate the call. **This is a stacked setting.**

The parties should review Fed. R. Civ. P. 26 and Local Bankruptcy Rules 7016-1 and 7026-1 prior to the conference. The parties shall hold a discovery conference and file a written discovery report as contemplated by Fed. R. Civ. P. 26(f) on or before **November 23, 2012**.

DATED this 10th day of August, 2012.

By the Court

_Peter J. McNiff_
HONORABLE PETER J. MCNIFF
United States Bankruptcy Judge

Service to:
Richard Ralston
Mark Macy