Mark E. Macy
Macy Law Office, P.C.
217 West 18th Street
Cheyenne, Wyoming 82001
Telephone: (307) 632 - 4100
Telefax:    (307) 632 – 8100
E-Mail: mark@macylaw.net
Wyoming Bar No. 5-2651

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re: ) | |
| ) | |
| Peggy A. Tilton, ) | |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | Case No. 12-20413 |
| Target National Bank, ) | Adversary No. 12-02023 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Peggy A. Tilton, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDINGS WITH PREJUDICE

**THE PARTIES** mutually agree that the above captioned matter shall be dismissed with prejudice, as an agreement has been reached, and with each party to pay its own attorney's fees and costs.

DATED this \_\_\_18th\_\_\_ day of January, 2013.

                                        TARGET NATIONAL BANK

By: _____
       Daniel Ross, Bar #: 7-5000
       Weinstein & Riley, P.S.
       2001 Western Ave., Suite 400
       Seattle, WA 98121
       (206)269-3490-Telephone
       (206)269-3493-Fax
       DanielR@W-Legal.com
       *Attorney for Plaintiff*

                                        PEGGY A. TILTON

BY: _____
       Mark E. Macy, Bar #: 5-2651
       Macy Law Office, P.C.
       217 West 18th Street
       Cheyenne, Wyoming 82001
       (307) 632-4100-Telephone
       (307) 632-8100-Fax
       *Attorney for the Defendant/ Debtor*