FILED

10:13 am, 2/28/13

Tim J. Ellis
Clerk of Court

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re: ) | |
| ) | |
| Peggy A. Tilton, ) | |
| ) | |
| Debtor. ) | |
| ) | Case No. 12-20413 |
| Target National Bank, ) | Adversary No. 12-02023 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Peggy A. Tilton, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

**THIS MATTER** having come before this Court upon stipulation of the parties, agreeing that the matter be dismissed with prejudice;

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby dismissed with prejudice, with each party to pay its own attorney's fees and costs.

DATED this 28 day of February, 2013.

PETER J. MCNIFF
BANKRUPTCY JUDGE

**Approved as to Form:**

Daniel Ross, Bar #: 7-5000
*Attorney for Plaintiff*

Mark E. Macy, Bar #: 5-2651
*Attorney for Debtor/Defendant*

2/21/2013
Date

2/21/2013
Date